1

MAGISTRATE JUDGE MONICA J. BENTON

2

|||||||| ||||| ||||| ||||| ||||| ||||| ||||| |||| ||||
| |||||||| ||||| ||||| ||||| |||| ||| ||||

3

4

**05-CR-05212-ORD**

5

6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR05-5212 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING STIPULATED |
| vs. | ) | MOTION TO CONTINUE TRIAL |
| | ) | DATE |
| ADAM HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

9
10
11
12
13

14      Upon the stipulation of the parties to continue the trial date in the above-captioned

15   case, the Court finds that such a continuance would serve the ends of justice and

16   outweigh the best interests of the public and the defendant in a speedy trial; therefore,

17      IT IS HEREBY ORDERED that the trial date be continued to September 12,

18   2005.  The period of delay resulting from this continuance from July 11, 2005, to

19   September 12, 2005, is hereby excluded for speedy trial purposes under 18 U.S.C.

20   §3161(h)(8)(A) and (B).

21      DONE this ___11___ day of ~~June~~ July, 2005.

22

23

24   Presented By:

MONICA J. BENTON
UNITED STATES MAGISTRATE JUDGE

25

/s/
Jerome Kuh
Attorney for Defendant

/s/
Captain Glen Templeton
Special Assistant United States Attorney

26

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE

1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710

1    MAGISTRATE JUDGE MONICA J. BENTON

2

3

4

5

6

7    UNITED STATES DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
8    AT TACOMA

9
     UNITED STATES OF AMERICA,            )    NO. CR05-5212
10                                        )
            Plaintiff,                    )
11                                        )    STIPULATED MOTION TO
            vs.                           )    CONTINUE TRIAL DATE
12                                        )
     ADAM HARRIS,                         )
13                                        )
            Defendant.                    )
14   _____    )

15          IT IS HEREBY STIPULATED by and between the United States of America, by

16   Special Assistant United States Attorney Captain Glen Templeton, and defendant, Adam

17   Harris, by his attorney, Jerome Kuh, that the trial date in the above-captioned case be

18   continued until September 12, 2005.

19          A continuance of the trial date is being requested because Mr. Harris would like

20   to look into the Deferred Prosecution program. It will also take additional time for Mr.

21   Harris to complete a drug and alcohol evaluation.

22          Dated this _11th_ day of June, 2005.

23                              Respectfully submitted,

24

25   _____           _____
     Jerome Kuh                        Captain Glen Templeton
26   Attorney for Defendant            Special Assistant United States Attorney

STIPULATED MOTION
TO CONTINUE TRIAL DATE                    1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710